David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

In re:

**MELIA KAY WRIGHT,**

    Debtor(s)

Bankruptcy No. 08-26502
(Chapter 7)
Judge R. Kimball Mosier

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

    ___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

    ✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
|  | Questar Gas<br>Bankruptcy DNR 244<br>1140 West 200 South; PO Box 3194<br>Salt Lake City, UT 84110-3194 | $2.54 |

A check in the amount of $2.54 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ___ day of May, 2010

                                    DAVID L. MILLER
                                    Chapter 7 Trustee

FILED IN THE UNITED STATES BANKRUPTCY COURT
2010 MAY 14 PM 1:44
DISTRICT OF UTAH MAIL

```
              UNITED STATES
         U.S. Bankruptcy Cour
              District of Utah

         # 00263854 - BH

              May 14, 2010


                                    Amount
         Code    Case #    Qty
         t
                                       2.
         <OR=$25  08-26502
         54 CK
            Debtor - WRIGHT


                                    2.54
            TOTAL →


         FROM: DAVID L. MILLER
              CK 209
```



David L. Miller, Trustee
P. O. Box 9
Remington, UT 84025-0009

Case #: 08-26502-GEC
Case: WRIGHT, MELIA KAY   Debtor(s).

PAY: TWO AND 54 / 100

VOID AFTER 90 DAYS

DATE: 05/10/2010

CHECK NO: 209

$2.54

**STERLING BANK**
2550 North Loop West 6th Floor
Houston, TX · 77092

TO THE ORDER OF:
Clerk, US Bankruptcy Court

263854

Trustee

Small Dividends

⑫ Details on back.

⑈000000204⑈ ⑆130055649⑆ ⑈717708850 2⑈